TODD A. RIGBY SB #013383
Todd.Rigby@lewisbrisbois.com
SHAWN M. PETRI SB #022642
Shawn.Petri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Lowe's Home Centers, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Briones, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Lowe's Home Centers, LLC, a North Carolina Company, Does I-X; ABC Corporations I-X; and Black and White Partnerships I-X,<br><br>　　　　　Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Sections 1332 and 1441(b), Defendant Lowe's Home Centers, LLC ("Defendant"), contemporaneously with the filing of this Notice, is effecting the removal of the below referenced action from the Maricopa County Superior Court, State of Arizona, to the United States District Court. The removal is based, specifically on the following grounds:

**PLEADINGS, PROCESS, AND ORDERS**

1.　On June 22, 2020, Plaintiff Patricia Briones ("Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of Maricopa by filing a Complaint therein entitled *Patricia Briones v. Lowes Home Centers LLC*, Case No. CV2020-007324.

4851-0349-2041.1

2. The above-referenced documents were personally served on Defendant's statutory agent for service of process on August 17, 2020, and received by Defendant on August 17, 2020.

3. A copy of the state court docket and all state court filings are included in Exhibit "A," attached hereto, pursuant to LRCiv 3.6(b).

4. The attached exhibits constitute all process, pleadings, and orders served upon Defendant in this matter.

## DIVERSITY

### A. Citizenship

5. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. *See* Complaint – Exhibit "A."  Accordingly, this action is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

6. Plaintiff was, at the time of the filing of this action, and presently remains, a resident and citizen of the State of Arizona. *See* Complaint – Exhibit "A" ¶ 1.

7. Defendant Lowe's Home Centers, LLC is a limited liability company. The citizenship of a limited liability company, for purposes of diversity jurisdiction, is the citizenship of its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Lowe's Home Centers, LLC is a manager-managed limited liability company with its only member being Lowe's Companies, Inc.  Lowe's Companies, Inc. is a North Carolina corporation and is incorporated in North Carolina with its principal place of business in North Carolina. Accordingly, Lowe's Home Centers, LLC is a citizen of the State of North Carolina. Therefore, complete diversity of citizenship exists as between Plaintiff and Defendant.

### B. Fictitious Does

8. Defendants Does I-III, etc. are wholly fictitious.  The Complaint does not set forth the identity or status of any said fictitious defendants.  The naming of said fictitious

defendants does not destroy the diversity of citizenship between the parties in this action and are to be disregarded. 28 U.S.C. § 1441(b)(1); *Newcombe v. Adolf Coors Co.,* 157 F.3d 686, 690-691 (9th Cir. 1998). Accordingly, the mere fact that the complaint makes reference to fictitious defendants does not destroy diversity jurisdiction and does not preclude this action from being properly removed to this Court.

## AMOUNT IN CONTROVERSY

9. Plaintiff's Complaint sets forth a cause of action for negligence. *See* Complaint – Exhibit "A".

10. Plaintiff alleges that on or about July 11, 2018, while shopping at the Lowe's located at 2900 W. Chandler Blvd., Chandler, Arizona, Plaintiff slipped and sustained an injury.

11. Upon information and belief, Plaintiff alleges that she sustained a fractured tibia, back and neck pain. She designated this matter as a Tier 3 case. *See* Complaint – Exhibit "A" ¶ 1. As a Tier 3 case, Plaintiff is asserting the case in controversy exceeds $300,000.

12. As a result of Plaintiff's claimed injuries, the amount in controversy exceeds the $75,000.00 statutory minimum. Therefore, federal jurisdiction is proper.

## TIMELINESS OF REMOVAL

13. This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiff s Complaint, which indicated that the matter is removable. 28 U.S.C. §1446(b)(1). Further, the instant removal is within one year of the commencement of the underlying action as required by 28 U.S.C. § 1446(c)(1). As noted, Plaintiff commenced this action on June 22, 2020, and Defendant was served with Summons and Complaint on August 17, 2020.

14. For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. §§ 1332 and 1441(b).

15. A copy of this Notice of Removal has been filed with the Maricopa County Superior Court and mailed to Plaintiff and their counsel as well. Attached as Exhibit "B."

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-0349-2041.1                    3

1   Dated this 4th day of September, 2020.

3                                       **LEWIS BRISBOIS BISGAARD & SMITH LLP**

5                               By:     /s/ *Shawn M. Petri*
6                                       Todd A. Rigby
                                        Shawn M. Petri
7                                       *Attorneys for Defendant Lowe's Home Centers.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and deposited the same in the U.S. Mail to the following CM/ECF registrants:

Matthew P. MacLeod
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Plaintiff*

  /s/ *Laura M. Nagelkirk*
3402-163

4851-0349-2041.1

5