# Exhibit A

# Exhibit A



Select Language ▼

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
| | | | |
|---|---|---|---|
| Case Number: | CV2020-007324 | Judge: | Coury, Christopher |
| File Date: | 6/25/2020 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Patricia Briones | Plaintiff | Female | Matthew Macleod |
| Lowes Home Centers L L C | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/19/2020 | AFS - Affidavit Of Service | 8/21/2020 | |
| **NOTE:** LOWES HOME CENTERS LLC | | | |
| 8/19/2020 | SUM - Summons | 8/20/2020 | |
| 6/25/2020 | COM - Complaint | 6/26/2020 | |
| 6/25/2020 | CCS - Cerificate Arbitration - Subject To | 6/26/2020 | |
| 6/25/2020 | CSH - Coversheet | 6/26/2020 | |
| 6/25/2020 | NJT - Not Demand For Jury Trials | 6/26/2020 | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

JEFF FINE
Clerk of the Superior Court
By Fawn Fowler, Deputy
Date 06/25/2020 Time 14:38:58

| Description | Amount |
|---|---|
| CASE# CV2020-007324 | |
| CIVIL NEW COMPLAINT | 333.00 |
| TOTAL AMOUNT | 333.00 |
| Receipt# 27842309 | |

1  Matthew P. MacLeod (No. 022573)
   GALLAGHER & KENNEDY, P.A.
2  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
3  Telephone:  (602) 530-8000
   Facsimile:  (602) 530-8500
4  Email:   matt.macleod@gknet.com

5  Attorneys for Plaintiff Patricia Briones

6         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7              IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PATRICIA BRIONES, an individual, | No. CV2020-007324 |
| Plaintiff, | |
| v. | **COMPLAINT** <br> **(Tort, Non-Motor Vehicle)** |
| LOWE'S HOME CENTERS, LLC., a North Carolina Company; DOES I-X; ABC CORPORATIONS I-X; and BLACK & WHITE PARTNERSHIPS I-X, | **(Jury Trial Demanded)** |
| Defendants. | |

For her Complaint, Plaintiff alleges as follows:

**PARTIES, JURISDICTION VENUE**

1.  At all relevant times, Plaintiff Patricia Briones was a resident of the State of Arizona.

2.  Lowe's Home Centers, LLC., (hereafter "Lowe's") is, and at all relevant times was, a North Carolina corporation authorized to and doing business in the State of Arizona.

3. At all times material hereto, Lowe's controlled and managed the Lowe's in Chandler, Arizona.

4. Does I-X, ABC Corporations I-X, and Black & White Partnerships I-X are persons and entities who may be at fault for Plaintiff's injuries but whose true names are not known to Plaintiff at this time. Once the true identity of any such fictitiously named Defendant is learned, Plaintiff will amend her Complaint.

5. Plaintiff has claims against Defendants in an amount exceeding the jurisdictional minimum of this Court.

6. Venue is proper in Maricopa County, Arizona.

7. Defendants caused events to occur in Maricopa County out of which this action arises.

## BACKGROUND

8. On July 11, 2018, Plaintiff Patricia Briones was a guest at Lowe's- located at 2900 W. Chandler Boulevard in Chandler, Arizona.

9. Plaintiff was walking in the law and garden section when she slipped and fell on a wet floor shortly after 6am.

10. As a result, Plaintiff Patricia Briones sustained severe injuries- including a fractured

13. At no time prior to falling on wet surface, did Plaintiff Patricia Briones observe the unsafe condition of the surface.

2

14. There were no warnings, cones, or tape cautioning patrons/customers to watch out for the wet surface/tile.

15. At all times material hereto, Plaintiff Patricia Briones exercised due care and was not negligent.

17. As a result of the Defendant Lowe's negligence, Plaintiff Patricia Briones sustained physical and emotional injuries and general and special damages in an amount to be proven at trial.

## COUNT I

### Negligence

18. Plaintiff incorporates by reference all previous allegations as if set forth herein.

19. Defendant Lowes had a duty to provide a safe premises for its guest including Plaintiff Patricia Briones.

20. Plaintiff Patricia Briones was a guest on Defendants Lowe's property, and Defendant Lowes had a duty to make their premises reasonably safe for all of its patrons, including Plaintiff Patricia Briones.

21. Defendant Lowe's also had a duty to eliminate or warn about dangerous conditions on their property.

22. Defendant Lowe's had actual and/or constructive knowledge of the unreasonably dangerous condition on their property presented by the inconspicuous,

3

unmarked, wet surface/tile, and Defendant Lowes had a duty to correct or warn about this unreasonably dangerous condition.

23. Defendant Lowe's should have realized the unreasonably dangerous condition of the wet surface/title would not be realized by guests, such as Patricia Briones.

24. Defendant Lowe's had a duty to exercise reasonable care to protect guests such as Patricia Briones.

25. Defendant Lowe's breached all of the aforementioned duties by, among other things, creating, failing to prevent, and failing to warn about the dangerous condition presented by the wet surface.

26. As a direct and proximate result of Defendant Lowe's breach of their duties, Plaintiff Patricia Briones has sustained physical, emotional, and psychological injuries.

27. As a direct and proximate result of Defendant Lowe's breach of these duties, Plaintiff Patricia Briones has incurred medical bills and related expenses.

28. As a direct and proximate result of Defendant Lowe's breach of these duties, Plaintiff Patricia Briones sustained wage loss.

**DEMAND FOR JURY TRIAL**

Plaintiff Patricia Briones hereby demands a trial by jury in this matter.

. . .

## RULE 26.2 TIER DESIGNATION

Due to the conduct of Defendants, and each of them, and the losses experienced by Plaintiff, Plaintiff is entitled to damages at a Tier 3 level within the criteria of Rule 26.2(b)(2).

## PRAYER

WHEREFORE, Plaintiff Patricia Briones prays for relief as follows:

    a.    For special damages in an amount to be proven at trial;

    b.    For general damages in an amount to be proven at trial;

    c.    For costs of suit;

    d.    For pre- and post-judgment interest as allowed by law; and

    e.    For such other relief as the Court deems just and proper.

DATED this 22nd day of June, 2020.

GALLAGHER & KENNEDY, P.A.

By _____
Matthew P. MacLeod
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff Patricia Briones

ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

2020 AUG 19 PM 2: 55

FILED
BY C. CRUZ, DEP

1 Matthew P. MacLeod (No. 022573)
GALLAGHER & KENNEDY, P.A.
2 2575 East Camelback Road
Phoenix, Arizona 85016-9225
3 Telephone: (602) 530-8000
Facsimile: (602) 530-8500
4 Email: matt.macleod@gknet.com
Attorneys for Plaintiff Patricia Briones
5

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6 IN AND FOR THE COUNTY OF MARICOPA

7 PATRICIA BRIONES, an individual,

No. CV2020-007324

8 Plaintiff,

9 v.

**SUMMONS**
If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

10 LOWE'S HOME CENTERS, LLC., a
North Carolina Company; DOES I-X; ABC
11 CORPORATIONS I-X; and BLACK &
WHITE PARTNERSHIPS I-X,
12

13 Defendants.

14 THE STATE OF ARIZONA TO: LOWE'S HOME CENTERS, LLC.,
a North Carolina Company
15 Stat Agent: Corporation Service Company
8825 N. 23rd Avenue, Suite 100
16 Phoenix, Arizona 85021

17
YOU ARE HEREBY SUMMONED and required to appear and defend, within
18 the time applicable, in this action in this Court. If served within Arizona, you shall
appear and defend within 20 days after the service of the Summons and Complaint upon
19 you, exclusive of the day of service. If served out of the State of Arizona -- whether by
direct service, by registered or certified mail, or by publication -- you shall appear and
20 defend within 30 days after the service of the Summons and Complaint upon you is
complete, exclusive of the day of service. Where process is served upon the Arizona
21 Director of Insurance as an insurer's attorney to receive service of legal process against
it in this state, the insurer shall not be required to appear, answer or plead until
22

expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Rule 4, Ariz. R. Civ. Proc., A.R.S. §§ 20-222, 28-502, 28-503.

REQUESTS FOR REASONABLE accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc., A.R.S. § 12-311.

SIGNED AND SEALED this date: JUN 25 2020    JEFF FINE, CLERK

JEFF FINE, CLERK

CLERK OF THE SUPERIOR COURT

By: _____
Deputy Clerk

F. Fowler
Deputy Clerk

8051428v1/28998-0001

2

**In the Superior Court of the State of Arizona in and for the County of** Maricopa

Case Number **CV2020-007324**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language:

CLERK OF THE SUPERIOR COURT
FILED
JUN 25 2020  2:40pm
F. Fowler, Deputy

Plaintiff's Attorney Matthew P. MacLeod

Attorney Bar Number 022573

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:
Patricia Briones, c/o Gallagher & Kennedy, 2575 E. Camelback, 11th Floor, Phoenix, Az. 85016; (602) 530-8000;
matt.macleod@gknet.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Lowe's Home Centers, LLC., a North Carolina Company

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☒ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.     ☐ 123 Hospital
☐ 122 Physician D.O     ☐ 124 Other

**130 CONTRACTS:**

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)

Case No._____

☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
   (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
   (Specify)

**RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:**
(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.)

☐ Amount Pleaded $ _____   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

**EMERGENCY ORDER SOUGHT**

☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge
☐ Employer Sanction              ☐ Other (Specify) _____

**COMMERCIAL COURT (Maricopa County Only)**

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the commercial Court. More information on the commercial Court, including the most recent forms, are available on the Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

CLERK OF THE SUPERIOR COURT
FILED
JUN 25 2020  2:40pm
F. Fowler, Deputy

1 | Matthew P. MacLeod (No. 022573)
   | GALLAGHER & KENNEDY, P.A.
2 | 2575 East Camelback Road
   | Phoenix, Arizona 85016-9225
3 | Telephone: (602) 530-8000
   | Facsimile: (602) 530-8500
4 | Email: matt.macleod@gknet.com

5 | Attorneys for Plaintiff Patricia Briones

6 | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7 | IN AND FOR THE COUNTY OF MARICOPA

8 | PATRICIA BRIONES, an individual,          No. CV2020-007324

9 | Plaintiff,

10 | v.

11 | LOWE'S HOME CENTERS, LLC., a            **CERTIFICATE REGARDING NO**
    | North Carolina Company; DOES I-X; ABC   **COMPULSORY ARBITRATION**
12 | CORPORATIONS I-X; and BLACK &
    | WHITE PARTNERSHIPS I-X,
13 |
14 | Defendants.

15 | The undersigned certifies that he knows the dollar limits and any other

16 | limitations set forth by the Local Rules of practice for this Court, and further certifies

17 | that this case is NOT subject to compulsory arbitration as provided by Rules 72 through

18 | 77 of the Arizona Rules of Civil Procedure.

19 | . . .

20 | . . .

21 | . . .

22 |

1  DATED this 22nd day of June, 2020.

2                                             GALLAGHER & KENNEDY, P.A.

3
                                           By _____
4                                             Matthew P. MacLeod
                                              2575 East Camelback Road
5                                             Phoenix, Arizona 85016-9225
                                              Attorneys for Plaintiff Patricia
6                                             Briones

7  8051406v1/28998-0001

2

**COPY**

JUN 25 2020

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

Matthew P. MacLeod (No. 022573)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: matt.macleod@gknet.com
Attorneys for Plaintiff Patricia Briones

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PATRICIA BRIONES, an individual, | No. CV2020-007324 |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| LOWE'S HOME CENTERS, LLC., a North Carolina Company; DOES I-X; ABC CORPORATIONS I-X; and BLACK & WHITE PARTNERSHIPS I-X, | |
| Defendants. | |

Plaintiff, Patricia Briones, by and through counsel undersigned, and pursuant to Rule 38, Ariz. R. C. P., hereby demand a trial by jury.

DATED this 22nd day of June, 2020.

GALLAGHER & KENNEDY, P.A.

By _____
Matthew P. MacLeod
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff Patricia Briones

8051423v1/28998-0001

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2020 AUG 19  PM 2: 55

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

**FILED
BY C. CRUZ, DEP**

PATRICIA BRIONES an individual,

        Plaintiff,

vs.

LOWE'S HOME CENTERS. LLC, a North Carolina Company, et al,

        Defendants.

Case No.: CV2020-007324

Certificate of Service

---

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause, appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration and Demand for a Jury Trial from Matthew P. MacLeod (022573) of GALLAGHER & KENNEDY, P.A., on August 14, 2020 and in each instance, I served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Lowe's Home Centers, LLC,** by leaving one true copy of the above documents with Brook Vandeventer (White female, 24, 5'3", 130 lbs., blue eyes, blue hair) Agent for Statutory Agent Corporation Service Company, at its usual place of business. Service effected at 8825 N. 23rd Avenue, Suite 100, Phoenix, AZ 85021. Document served on August 17, 2020 at 9:15 a.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: January 10, 2020.

                                            Keith Blanchard, Affiant

|   |   |
|---|---|
| $ 16.00 | Service |
| $ 28.80 (12) | Mileage |
| $ 10.00 | Processing Fee |
| $ 54.80 | Total |